UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GLEN WALKER and PATRICIA B'HYMER, <br><br> Plaintiff, <br> v. <br><br> THE HARTFORD INSURANCE COMPANY and HARTFORD EMPLOYEES CARRIE STILL AND JANE JOHNSON, <br><br> Defendant. | CASE NO. C17-1201-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court upon receipt of Plaintiff's letter on September 25, 2017. Plaintiff Glen L. Walker mailed to the Court a Washington State Court form GR 33 Request for Reasonable Accommodations instruction page, copies of Dkt. Nos. 10 and 11, and a handwritten request for assistance. (Dkt. No. 12.) The Court construes this submission as either a request for assistance with Plaintiff's *pro se* case or a request for appointment of an attorney.

The Court cannot provide Plaintiff legal advice. However, the Clerk's office has resources for *pro se* plaintiffs, including documents and information on pro bono legal assistance. The Court directs Plaintiff to the "Representing Yourself" tab on the Western District

of Washington District Court website (http://www.wawd.uscourts.gov/representing-yourself-pro-se) and to the Federal Bar Legal Clinic, which provides advice by appointment and can be reached at (206) 276-7070. If Plaintiff would like to request appointment of counsel, he may fill out and file an application requesting a court appointed attorney, linked to on the "Representing Yourself" tab on the Court website.

The Court also DIRECTS the Clerk's office to mail Mr. Walker a copy of the general *pro se* packet.

DATED this 10th day of October 2017.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk