THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

GLEN WALKER AND PATRICIA B'HYMER,

Plaintiffs,

v.

TWIN CITY FIRE INSURANCE COMPANY, a foreign insurer admitted to do business in the State of Washington,

Defendant.

CASE NO. C17-1201-JCC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on parties' stipulated motion to amend trial and pretrial dates (Dkt. No. 27). The Court hereby AMENDS case management dates as follows:

| | |
|---|---|
| Deadline for Rule 39.1 mediation | October 31, 2018 |
| Pleading amendment/3rd party action | December 29, 2018 |
| Proposed pretrial order | February 15, 2019 |
| Trial Briefs, proposed voir dire/jury instructions | February 21, 2019 |
| Trial | February 25, 2019 |

Discovery cutoff is 120 days before trial, and the dispositive motion filing deadline is 90

days before trial.

DATED this 11th day of December 2017.

<u>William M. McCool</u>
Clerk of Court

<u>s/Tomas Hernandez</u>
Deputy Clerk

MINUTE ORDER
C17-1201-JCC
PAGE - 2