THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GLEN WALKER and PATRICIA B'HYMER,<br><br>              Plaintiffs,<br>    v.<br><br>TWIN CITY FIRE INSURANCE COMPANY, a foreign insurer admitted to do business in the State of Washington,<br><br>              Defendant. | CASE NO. C17-1201-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' motion for entry of a stipulated protective order (Dkt. No. 32). The proposed order does not specify specific documents or types of information that will be classified as "confidential" under the agreement. (*Id*. at 2.) The Court therefore DENIES the motion (Dkt. No. 32). Stipulated protective orders must comply with Local Civil Rule 26(c)(2), and parties departing from this district's model protective order in any manner must provide the Court with a redlined version identifying said departures.

//

//

DATED this 13th day of April 2018.

<u>William M. McCool</u>  
Clerk of Court

<u>s/Tomas Hernandez</u>  
Deputy Clerk