THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GLEN WALKER and PATRICIA B'HYMER, | CASE NO. C17-1201-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| TWIN CITY FIRE INSURANCE COMPANY, a foreign insurer admitted to do business in the State of Washington, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' notice of settlement (Dkt. No. 45). The trial date in this case is hereby VACATED. The parties are DIRECTED to file a stipulated dismissal or a joint status report no later than 60 days from the day this minute order is issued. The Clerk is DIRECTED to statistically close the case.

DATED this 6th day of December 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C17-1201-JCC
PAGE - 1