THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| GLEN WALKER and PATRICIA B'HYMER, <br><br> Plaintiffs, <br><br> v. <br><br> TWIN CITY FIRE INSURANCE COMPANY, a foreign insurer admitted to do business in the State of Washington, <br><br> Defendant. | CASE NO. C17-1201-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated notice of voluntary dismissal of the case (Dkt. No. 47). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), this stipulated notice is self-executing, and this action is DISMISSED with prejudice and without an award of costs or attorney fees to either party. The Clerk is directed to CLOSE this case.

DATED this 29th day of January 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C17-1201-JCC
PAGE - 1